IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

----------------------------------------  x
PNC BANK, National Association,           :
                                          :
        Plaintiff,                    :
                                          :
v.                                        : 2:09-cv-245
                                          :
NEUBERGER BERMAN LLC,                     : Judge Terrence F. McVerry
                                          :
        Defendant.                    :
                                          :
----------------------------------------  x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that the above-captioned action, including all claims and counterclaims, is hereby dismissed with prejudice and without costs to any party, pursuant to Fed. R. Civ. P. 41.

STROOCK & STROOCK & LAVAN LLP　　　　　BUCHANAN INGERSOLL & ROONEY PC

By: _____　　By: _____
Melvin A. Brosterman　　　　　　　　　　Kathleen Jones Goldman
180 Maiden Lane　　　　　　　　　　　　　One Oxford Centre, 20th floor
New York, NY 10038　　　　　　　　　　　301 Grant Street
(212) 806-5400　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　412-562-8400

Attorneys for Neuberger Berman LLC　　 Attorneys for PNC Bank, National Association