IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PNC BANK, National Association,                           :
                                                          :
                    Plaintiff,                            :
                                                          :
                                                          :
v.                                                        :   2:09-cv-245
                                                          :
NEUBERGER BERMAN LLC,                                     :   Judge Terrence F. McVerry
                                                          :
                    Defendant.                            :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the parties hereto that the above-captioned action, including all claims and

counterclaims, is hereby dismissed with prejudice and without costs to any party, pursuant to

Fed. R. Civ. P. 41.

STROOCK & STROOCK & LAVAN LLP        BUCHANAN INGERSOLL & ROONEY PC

By: _____         By: _____
    Melvin A. Brosterman                Kathleen Jones Goldman
    180 Maiden Lane                      One Oxford Centre, 20th floor
    New York, NY   10038                 301 Grant Street
    (212) 806-5400                       Pittsburgh, PA   15219
                                         412-562-8400
Attorneys for Neuberger Berman LLC
                                     Attorneys for PNC Bank, National Association

Date: June 10, 2011                  SO ORDERED:

                                     s/ Terrence F. McVerry
                                     United States District Judge